# STAMPUR & ROTH
## ATTORNEYS AT LAW

WILLIAM J. STAMPUR  
JAMES ROTH

299 BROADWAY, SUITE 800  
NEW YORK, N.Y. 10007

(212) 619-4240  
FAX (212) 619-6743

November 18, 2019

**By ECF**

The Honorable Cathy Seibel  
United States District Court Judge  
Southern District of New York  
300 Quarropas Street  
White Plains, NY 10601

*Mr. Roth is hereby reappointed under CJA to represent Mr. Randolph in connection with any Davis/2255 petition.*

SO ORDERED.

*Cathy Seibel*    11/18/19  
CATHY SEIBEL, U.S.D.J.

    Re:   *United States v. Wilbur Randolph*  
            S1 14 Cr. 476 (CS)

Dear Judge Seibel:

    I write to follow up a discussion we had about the above-referenced CJA matter in connection with a *Davis*/2255 petition pertaining to a 924(c) conviction predicated on a RICO Conspiracy.

    I have spoken with Yuanchung Lee who represents two of the seven co-defendants. The government has conceded error on co-defendant Grebinger's case. In the event that Grebinger is resentenced, a conflict will arise. Mr. Lee has no objection to me being re-assigned to Mr. Randolph who has requested that I be assigned to file any appropriate motions.

                                                   Very truly yours,

                                                   *James Roth*  
                                                   James Roth, Esq.

cc:    AUSA Scott Hartman (By Email)

JR/Randolph/Ltr to Judge/*Davis* 2255 Petition